UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL A. STORMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF CLARKSTON, PAUL PURCELL, and MICHAEL BABINO,<br><br>　　　　　Defendants. | NO: 2:14-CV-0254-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal (ECF No. 66). The motion was submitted for consideration without oral argument. The Court — having reviewed the motion and the entire record — is fully informed. This case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to either party.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  Pursuant to the parties' stipulated motion, all claims in this matter are

3  **DISMISSED** with prejudice and without costs to either party.

4  The District Court Executive is hereby directed to enter this Order, furnish

5  copies to counsel, and **CLOSE** the file.

6  **DATED** March 24, 2016.



THOMAS O. RICE
Chief United States District Judge